# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

2020 DEC 11 PM 3: 27

Civil Action No. _____

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

[Robin Hill]
[P.O. Box 7240]
[Denver, Colorado Republic], [zip exempt]
Non-Domestic, Non-Resident, Non-Subject, Without the UNITED STATES

Affiant,

v.

AMAZON.com, INC., a Colorado corporation,
et al, and all parties acting in concert with,
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, Washington [98501],

Defendant(s).

---

## NOTICE AND DEMAND
## AND
## COMMON LAW LIEN
## AFFIDAVIT

---

## United States District Court
## For Colorado Republic

### FOR THE RECORD AND ON THE RECORD
### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND
### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

[Robin Hill]
[P.O. Box 7240]
[Denver, Colorado Republic], [zip exempt]
Non-Domestic, Non-Resident, Non-Subject, Without the UNITED STATES

Affiant,

v.

AMAZON.com, INC., a Colorado corporation,
et al, and all parties acting in concert with,
Corporation Service Company
300 Deschutes Way SW, Suite 304
Tumwater, Washington 98501,

Defendant

## COMMON LAW CLAIM NOTICE AND DEMAND

1. i am robin hill, i  a natural flesh and blood being and have a verified claim against AMAZON.com, INC., et al, and all parties acting in concert with, hereforth referred to as AMAZON.com, INC., please take notice of the following.
2. this is a request to settle this matter peacefully and swiftly.
3. i have personal knowledge of the following facts and i am competent to testify as to the truth of these facts if called forth as a witness.
4. a purchase was made for a product called "Laser Pecker"© from AMAZON.com, INC., on may 26, 2020. i was not pleased with the product, so i returned it.
5. on Friday june 12, 2020 I received an email that stated "Hello Robin, We've received the item below and have issued your refund. Thank you for sending the item back. Your return is now complete."
6. the product was purchased on card ending in 4449 and a refund credit should have been issued back to the card ending in 4449. the return refund policy is "Note: After carrier has received your item, it can take up to two weeks to receive and process the refund." i patiently waited for my bank card to be credited and my property returned.
7. as of july 10, 2020, refund confirmation was not received by card ending in 4449. the return was credited to an AMAZON.com, INC. gift card.
8. i again contacted AMAZON.com, INC. about the refund. the result was an email stating "Hello, A refund was issued to your card on July 12, 2020 for $271.57. In most cases, once a refund has been submitted, the issuing bank will post it to your account within 3-5 business days. This time frame may vary from one financial institution to another."
9. as of july 23, 2020, nothing has been credited to the card ending in 4449. i have been in contact with my financial institution and there is no hold or reason for delay, on that end.
10. i have now been injured and continue to be injured by AMAZON.com, INC. by depriving me access to my property within a reasonable and timely manner.
11. a demand letter was mailed to AMAZON.com, INC. on or about july 20, 2020[1].
12. a response was received on or about august 20, 2020[2].
13. a second response letter was received on or about september 15, 2020[3].
14. the return is not complete until the refund has been issued to the bank card ending in 4449, used for the original purchase.
15. as of july 10, 2020 several peaceful requests have been made for the return and compensation of my property being held hostage, with no success.
16. as of today, december 8, 2020, my property is still being held hostage and as a result i am now forced to take lawful and legal action.
17. i demand a remedy of the injuries, trespass, damages, fees, fines, time, resources and etc. incurred, due to the negligence of AMAZON.com, INC. i demand AMAZON.com, INC. repair me for my injury, damages and etc. in an expedited timely manner.

## COMMON LAW LEIN

### FOR THE RECORD AND ON THE RECORD
### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND
### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

Lien amount of Four Billion Dollars ($4,000,000,000) as of june 12, 2020 and counting, in lawful money of the United States.
Notice is hereby given that this common law lien claim is being filed in good faith as a legal At-Law-Claim (as distinguished from an equitable or statutory claim) upon and collectible out of personal and real property assets held by AMAZON.com, INC., et al, and all parties acting in concert with,
Corporation Services Company
300 Deschutes Way SW, Suite 304
Tumwater, Washington [98501]

---

[1] See Letter to AMAZON   .
[2] See AMAZON RESPONSE LETTER #1 at end of document
[3] See AMAZON RESPONSE LETTER #2 at end of document

PERSONAL AND REAL PROPERTY: this claim shall operate in the nature of a "security" for the repair, maintenance, caretaking and improvements as detailed in the "NOTICE AND DEMAND" on the herenin described property, performance of obligations related to property of all kinds. this claim is made pursuant to decisions of the United States Supreme Court.

this common law lien is dischargeable only by affiant, claimant or by a common law jury in a court of common law and according to the rules of common law. it is not otherwise dischargeable for one hundred (100) years, and cannot be extinguished due to the death of affiant, claimant or by affiant's, claimant's heirs, assigns or executors. this common law lien is for repairs / maintenance and improvements related to said affiant, claimant and performance duty as related to all other assets beginning june 12, 2020, the amount of four billion dollars ($4,000,000,000) lawful money of the united states of america the republic , a DOLLAR being described in the 1792 US coinage acts as 371.25 grains of fine silver, or the equivalent of gold, notes or other instruments acceptable to affiant, claimant. (emphasis added).

the failure, refusal or neglect of respondent(s) to demand, by all prudent means, that the sheriff of this county convene a common law jury to hear this action within ninety (90) days from the date of filing this instrument will be deemed as prima facia evidence of an admission of "waiver" to all rights on the property described herein. (neglect to give reasons on the record for a refusal to call said court has been held a "waiver"); (see law express and implied in 1 Campd. 410 n., 7 Ind. 21). (emphasis added).

common law lien definition: one known to or granted by the common law, as distinguished from statutory, equitable and maritime liens; also one arising by implication of law, as distinguished from one created by the agreement of the parties. it is a right extended to a person to retain that which is in his possession belonging to another, until the demand or charge of the person in possession is paid or satisfied. (Whiteside v. Rocky Mountain Fuel Co., C.C.A.Colo. 101 F.2d 765, 769). (emphasis added). Black's Law Dictionary 6th Edition.

11 USCS () 101, paragraph (27)(31) define "lien". the definition is new and is very broad. a lien is defined as a charge against or interest in property to secure payment of debt or performance of an obligation. it includes inchocate lien. in general, the concept of lien is divided into three (3) kinds of liens: judicial liens, security interests and statutory liens. these three (3) categories are mutually exclusive and are exhaustive except for certain common law liens.

This common law lien supersedes mortgage liens, lis pendens liens, and liens of any other kind.

this is a suit or action at common law, and the value in controversy exceeds twenty (20) dollars. the controversy is not confined to the question of return of property or in relation to other property, but to affiant's, claimant's common law lien claim for the repair / maintenance and improvements to the herein described property, and obligation of duties, wherein the affiant, claimant demands that said controversy be determined by a common law jury in a court of common law and according to the rules of gonroon law.

UCC-1 financing statements relating to all real and personal property held by AMAZON.com, INC.
Corporation service company
300 Deschutes Way SW, Suite 304,
Tumwater, Washington 98501

and or as detailed in UCC-1 financing statements filed on behalf of AMAZON.com, INC.

Memorandum of law
this claim through common law lien is an action at substantive common law, not in equity, and is for the repair, maintenance, improvement or performance of an obligation of the herein described property and in relation to other properties as of substantive common law, is distinguished from mere, "common law procedure". lawyers and judges

are misinformed to think, plead, rule or order that the substantive common law rights and immunities have been abolished in Colorado or any other state. only "common law procedure" created by the chancellor / chancery has been abolished. that is to say, the "forms" of common law and equity were abolished, (Kimball v. McIntyre, 3 U 77, 1 P 167), or that the distinctions between the forms of common law and equity were abolished by rule 2 of the civil procedure (Donis v. Utah R.R., 3 U 218, 223 P 521).

However, the abolition of mere form, does NOT affect nor diminish our SUBSTANTIVE (common law and Constitutional) rights and immunities (USC 78-2-4,S.2) for substantive law, e.g. our UNALIENABLE rights immunities, and has not changed with the state's adoption of rule 2, combing the courts form, remedial, ancillary adjective procedures, (see Bonding v. Nonatny, 200 Iowa, 227, 202 N.W. 588) for matters of substance are in the main the same as at substantive common law, (Calif. Land v. Halloran, 820 267, 17 P2d 209) and old terms (words and phrases describing law and substantive procedures) used in common law can NOT be ignored (O'Neill v. San Pedro RR, 38 U 475, 479, 114 P 127), the modifications resulting being severely limited in operation, effect, and extent (Maxfield v. West 6 U 379,- 24 P 98) for a total abolishment of even the purely equity or purely common law forms has NOT been realized, and must ever be kept in mind (Donis v. Utah RR, supra.). thus a right to establish a "common law lien" is not, and was NOT dependent upon a statute or chancery rule for its creation as a remedy, and where the rights to establish a "common law lien" is a part of SUBSTANTIVE common law, our right is antecedent to creation of the "state" or its chancery / procedure which right runs to time immemorial (Western Union v. Call, 21 SCt 561, 181 US 765)

We must be sustained in our acts, mere chancery, equity having no jurisdiction so to counter:
"…if the facts stated (see facts related to our "common law lien") entitled litigant (affiant, claimant) to ANY remedy or relief under SUBSTANTIVE LAW (supra), then he has stated good subject matter (cause of action) – and the court MUST enter judgment in (our) favor – in so far as an attack on the sufficiency of (affiant, claimant) pleadings are concerned." (Williams v. Nelson 45 U 255, 145 P 39; Kaun v. McAllister, 1 U 273, affirmed 96 U 587, 24 LEd 615.)"

For "although lawyers and judges have (in their ignorance) buried the common law, the common law rules us from the grave." (Koffer, common law pleading, Intro. Ch.I, West 1969)

the general rule of the common law is expressly adopted by Robin Hill and is in force in the state and is the law of the land and by its operation can impose a common law lien on property in the absence of any specific agreement (see the law express and implied in the class of cases represented by Drummond v. Mills, (1898) 74 N.W. 966; Hewitt v. Williams, 47 LaAnn 742, 17 So. 269 (1894); Cart v. Dail, 19 S.E. 235; McMahon v. Lundin, 58 N.W. 827). .

the magna carta governs as well, retaining and preserving all rights antecedent therein, which was restated in the (1) Massachusetts Bay Charter. (2) Massachusetts Constitution, and (3) the Federal Constitution, (modeled after the Massachusetts Constitution) after which the Texas and Arizona Constitutions is modeled, all construed in pari materia, the State Constitution being a LIMITATION on the state's power (Fox v. Kroeger, 11 9 Tex 511, 35 SW2d 670, 77 ALR 663.), the Constitution acting prospectively – declaring rights and procedures for the future but NOT diminishing rights extant prior to establishment of the state (Grigsby v. Reib, 105 Tex 597, 153 SW 1124; Southern Pacific Co. v. Porter, 160 Tex 329, 331 SW2d 42), and no new powers contrary to our common law rights / immunities were "granted" to the states.

common law liens at law supersede mortgages and equity liens (Drumonns Carriage Co. v. Mills (1898) 73 NW 966; Hewitt v. Williams 47 LaAnn, 742, 17 So. 269; Carr v. Dail, 19 SE 235; McMahon v. Lundin, 58 NW 827) and may be satisfied only when a court of common law is convened pursuant to an order of the elected sheriff. such common law court forbids the presence of any judge or lawyer from participating or presiding, or the practice of any equity law. the ruling of the U.S. Supreme Court in Rich

v. Braxton, 158 US 375, specifically forbids judges from invoking equity jurisdiction to remove common law liens or similar "clouds of title". further, even if a preponderance of evidence displays the lien to be void or voidable, the equity court still may not proceed until the moving party has proven what he asks for, and has come "to equity" with "clean hands". (Trice v. Comstock, 570 C. A 646; West v. Washburn, 138 NY Supp. 230). any official who attempts to modify or remove this common law lien is fully liable for damages. (U.S. Supreme Court; Butz v. Econcmou, 98 S. Ct. 2894; Bell v. Hood, 327 US 678; Belknap v. Schild, 161 US 10; US v. Lee; Bivens v. 6 Unknown Agents, 400 US 862).

demand is hereby and herewith made upon all public officials under penalty of title 42, United States Code, Section 1986, not to modify or remove this lien in any manner. (this lien is not dischargable for 100 years and can not be extinguished due to affiant's, claimant's death or by affiant's claimant's heirs, assigns, or executors.). any order adjudgment, or decree issuing from a court of equity operating against to interfere or remove this at-law legal lien claim would constitute direct abborgation / deprivation of affiant's, claimant's Colorado State and United States Constitutionally guaranteed rights.

this notice is given inter,alia to preclude a jury trial on the verified claim, and to provide for summary judgment on the.....................

THIS SAID CLAIM DUE AT COMMON LAW IS: in full effect as of July 24, 2020 for the repair, maintenance, caretaking and improvements, as detailed in "NOTICE AND DEMAND" of the herein described property, and performance obligation. The symbol "$" means "dollar" as defined by the unrepealed (1792) U.S. Coinage Act, which is 371.25 grains of fine silver for each "dollar", (or) the equivalent in currency acceptable to affiant, claimant) and is that "Thing" mandated upon the State of California by Article 1:10:1, United States Constitution.

Hill, Yvonne, Robin demands all her Common Law Rights at all times and refuse to waive any rights and in all places along with those rights guaranteed in the treaty of peace and friendship, international constitutional treaty, Magna Carta, Declaration of Independence, United States Constitution, and the Colorado State Constitution.

## INDIVIDUAL ACKNOWLEDGEMENT

STATE OF COLORADO
COUNTY OF DENVER  } ss.

I, the undersigned Notary Public, do hereby affirm that ROBIN YVONN HILL is the individual who appeared before me, I know or have satisfactory evidence that, on the 11ᵗʰ day of December, 2020 and acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act and deed for the uses and purposes mentioned in the instrument, NOTICE and DEMAND, and COMMON LAW LIEN, which contains a total of __19__ pages.

DATED December 11ᵗʰ, 2020

_____
Notary Public for COLORADO

> **ASHLEY PADILLA FLORES**
> **NOTARY PUBLIC**
> **STATE OF COLORADO**
> **NOTARY ID 20174046353**
> **MY COMMISSION EXPIRES 11/08/2021**

i swear or affirm that the above and foregoing representations are true and correct to the best of my information, knowledge, and belief. i am competent to testify as to the truth of those facts if called as a witness. i declare under penalty of perjury that the foregoing facts are true and correct, and that this affidavit was executed in _____, Colorado Republic on the _____ day of December, 2020.

_____
By: Ma'Lik Hollis Bey: Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione: MA'LIK LERONNE HOLLIS
Witness, All Rights Reserved, Without Prejudice
UCC 1-207 and UCC 1-308 AND UCC 1-103

witness by notary does not change jurisdiction from the land

s/Robin Hill _____
by: Robin Hill: Authorized Representative, Natural Person, Sui Juris, In Propria Persona:
Ex Relatione: ROBIN YVONNE HILL
Affiant, Claimant, All Rights Reserved, Without Prejudice
UCC 1-207 and UCC 1-308 and UCC 1-303
Missouri Territory
c/o Robin Hill
P.O. Box 7240
Denver, Colorado Republic [zip exempt]
Telephone: (303) 587-4388

## ATTACHMENTS

**Letter to AMAZON**

| | |
|---|---|
| [Robin Yvonne Hill]<br>[P.O. Box 7240]<br>[Denver, Colorado], [80207]<br>[bagsbyrobn@gmail.com]<br>In Propria Personam<br>Demandant, Claimant and<br>Prosecutor | ▲COURT USE ONLY▲ |
| The People of the State of<br>Colorado<br>DENVER COUNTY COURT<br>CITY AND COUNTY OF DENVER<br>STATE OF COLORADO<br>1437 Bannock St.<br>Denver, Colorado, [80202] | NOTICE AND DEMAND |
| Amazon.com, Inc., et al, and<br>all parties acting in concert<br>with,<br>Corporation Service Company<br>300 Deschutes Way SW,<br>Suite 304<br>Tumwater, Washington [98501]<br><br>Respondent, Defendant | Case Number:<br><br>Division:<br>Courtroom: |
| Re: NOTICE AND DEMAND AFFIDAVIT ||

notice and demand

1. i am Robin Hill. i am a woman and have a verified claim against Amazon.com, Inc., et al, and all parties acting in concert with, please take notice of the following.

2. this is a request to settle this matter peacefully and swiftly.

3. i have personal knowledge of the following facts and i am competent to testify as to the truth of these facts if called forth as a witness.

4. a purchase was made for a product called "Laser Pecker"© from Amazon.com, Inc., et al, and all parties acting in concert with, on may 26, 2020. i was not pleased with the product, so i returned it.

5. on friday june 12 i received an email that stated "Hello Robin, We've received the item below and have issued your refund. Thank you for sending the item back. Your return is now complete." the product had been purchased on card ending in 4449 and a refund credit should have been issued back to the debited card ending in 4449. the return/refund policy is that "**Note:** After carrier has received your item,

it can take up to two weeks to receive and process the refund." i patiently waited for my bank to be credited and my property returned.

6. as of july 10, 2020, refund confirmation was not received by card ending in 4449. the return was credited to an Amazon.com gift card. the return is not complete until the refund has been credited back to my bank card ending in 4449, used for the original purchase.

7. i again contacted Amazon.com, Inc., et al, and all parties acting in concert with, about the refund. the result was an email stating that "Hello, A refund was issued to your, Card on July 12, 2020 for $271.57. In most cases, once a refund has been submitted, the issuing bank will post it to your account within 3-5 business days. This time frame may vary from one financial institution to another." as of july 23, 2020, nothing has been credited to the card ending in 4449. i have been in touch with my financial institution and there is no hold or reasons for the delay, on that end.

8. i have now been injured by Amazon.com, Inc., et al, and all parties acting in concert with, by depriving me of access to my property within a reasonable and timely manner. as of june 12,2020 my property has been held hostage. i have also been injured by costs incurred and spending time devoted to calling Amazon.com, Inc., et al, and all parties acting in concert with and researching and writing this notice and demand.

9. as the result of the injury, trespass and damages incurred, i require Amazon.com, Inc., et al, and all parties acting in concert with, to repair me for my injury, trespass, damages and my property being held hostage as of june 12, 2020.

10.    i require a remedy for the injury, trespass and damages and my property being held hostage, i require the following:

   a. i require a remedy for injuries and damages incurred. interest, penalties, fines, fees, time, energy

expended and costs due to property being held hostage
will be assessed as a result.

b. i require that Amazon.com, Inc., et al, and all
parties acting in concert with, in good faith,
compensate me for the injuries and damages and fulfill
all requirements within twenty-three (23) days from
the notarized date of this notice and demand.

1. $2,713.60 the refund amount times ten.

2. $1000.00 for interest.

3. $2000 for penalties.

4. $1000 for fines.

5. $500 for late fees.

6. $300 for costs.

7. for a total of $7,513.60 due upon receipt.

11.     if demand is not met within the twenty-three (23)
days, starting from june 12, 2020, injury, trespass and
damages will be assessed with interest, penalties, fines,
fees and costs at the rate of $5000 per day plus interest,
penalties, fines, fees and costs to be assessed and
determined at the discretion of claimant.

12.     if Amazon.com, Inc., et al, and all parties acting in
concert with, do not pay or otherwise respond within the
allotted time, then by tacit procuration (implied power of
attorney) i will determine for Amazon.com, Inc., et al, and
all parties acting in concert with, the facts, duties, and
the injury, trespass and damages that have accrued.

13.     if Amazon.com, Inc., et al, and all parties acting in
concert with, do not respond as required, i will take
lawful action (in personam and in rem) to defend against
Amazon.com, Inc., et al, and all parties acting in concert
with, as a result of my injury, trespass and damages and
secure my substantive rights to redeem the repairs owed to
me.

14.     reference the included instruments.

15.     i have personal knowledge of the foregoing facts and i

am competent to testify as to the truth of those facts if

called as a witness.  i declare under penalty of perjury

that the foregoing facts are true and correct, and that

this affidavit was executed in   [Denver]  ,   [Colorado]

on  [September    , 2020] .

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

NOTICE AND DEMAND sent via

Certified Mail Receipt: 7018 3090 0001 7473 2198

i swear or affirm that the above and foregoing representations
are true and correct to the best of my information, knowledge,
and belief. the use of the notary below is for identification
purposes only and as such does not grant any jurisdiction to
anyone.

In Propria Personam, Proceeding Sui Juris:

_____

By:Hill, Yvonne, Robin:, Claimant, All Rights Reserved, Without
Prejudice UCC 1.207 and UCC 1.308

_____

by:_____:witness for claimant,
 All Rights Reserved, Without Prejudice UCC 1.207 and UCC 1.308
INDIVIDUAL ACKNOWLEDGEMENT

       STATE OF COLORADO
       COUNTY OF DENVER } ss.

       I, the undersigned Notary Public, do hereby affirm that
       ROBIN YVONNE HILL is individual who appeared before me, I
       know or have satisfactory evidence that, on the _____ day
       of _____,2020 and acknowledged that she
       signed this instrument and acknowledged it to be her free
       and voluntary act and deed for the uses and purposes
       mentioned in the instrument,  NOTICE AND DEMAND, which
       contains a total of _____ pages.

       DATED _____

       _____
       Notary Public for COLORADO
       My appointment expires _____

## NOTICE

### Lien amount of $7,513.60 as of June 12, 2020 and counting, in lawful money of the United States

NOTICE is hereby given that this Common Law Lien Claim is being filed in good faith as a legal At-Law-Claim (as distinguished from an equitable or statutory claim) upon and collectible out of personal and real property assets held by Amazon.com, Inc., et al, and all parties acting in concert with,
Corporation Service Company
300 Deschutes Way SW,
Suite 304
Tumwater, Washington [98501]

PERSONAL AND REAL PROPERTY: This claim shall operate in the nature of a "security" for the repair, maintenance, caretaking and improvements as detailed in the "NOTICE AND DEMAND" on the herein described property, performance of obligations related to property of all kinds. This claim is made pursuant to decisions of the United States Supreme Court.

This Common Law Lien is dischargeable only by Claimant, or by a Common Law Jury in a Court of Common Law and according to the rules of Common Law. It is not otherwise dischargeable for One Hundred (100) years, and cannot be extinguished due to the death of Claimant, or by Claimant's heirs, assigns, or executors.
This Common Law Lien is for repairs/maintenance and improvements related to said Claimant, and performance of duty as related to all other assets beginning June 12, 2020, the amount of $7,513.60 lawful money of the United States, a DOLLAR being described in the 1792 US Coinage Acts as 371.25 grains of fine silver, or the equivalent of Gold, notes or other instruments acceptable to Claimant. (Emphasis added).
The failure, refusal, or neglect of Respondent(s) to demand, by all prudent means, that the Sheriff of this County convene a Common Law Jury to hear this action within ninety (90) days from the date of filing of this Instrument will be deemed as prima facia evidence of an admission of "waiver" to all rights on the property described herein. (Neglect; to give reasons on the record for a refusal to call said court has been held a "Waiver"); (see law express and implied in 1 Campd. 410 n., 7 Ind. 21). (Emphasis added.)
**Common Law Lien definition:** One known to or granted by the common law, as distinguished from statutory, equitable, and maritime liens; also one arising by implication of law, as distinguished from one created by the agreement of the parties. It is a right extended to a person to retain that which is in his possession belonging to another, until the demand or charge of the person in possession is paid or satisfied. (Whiteside v. Rocky Mountain Fuel Co., C.C.A.Colo. 101 F.2d 765,769.) (Emphasis added.) Black's Law Dictionary 6th Edition.
11 USCS () 101, Paragraph (27)(31) defines "lien". The definition is new and is very broad. A lien is defined as a

charge against or interest in property to secure payment of debt
or performance of an obligation. ‚It includes inchoate lien.  In
general, the concept of lien‚is divided‚into three (3) kinds of
liens:  judicial liens, security interests, and statutory liens.
These three (3) categories are mutually exclusive and are
exhaustive except for certain Common Law Liens.

This Common Law Lien supersedes Mortgage Liens, Lis
Pendens Liens, and Liens of any other kind.

This is a suit or action at Common Law, and the value in
controversy exceeds twenty (20) dollars.  The controversy is not
confined to the question of return of property or in relation to
other property, but to Claimant's Common Law Claim for the
repair/maintenance and improvements to the herein described
property, and obligations of duties, wherein the Claimant
demands that said controversy be determined by a Common Law Jury
in a Court of Common Law and according to the Rules of Gonroon
Law.

UCC-1 Financing Statements relating to all Real and Personal
Property held by Amazon, AMAZON, AMAZON.com, AMAZON Corp., et al
and all parties acting in concert with, Amazon.com, Inc., et al,
and all parties acting in concert with,
Corporation Service Company
300 Deschutes Way SW,
Suite 304
Tumwater, Washington [98501]
and or as detailed in UCC-1 financing statements filed on
behalf of Amazon, AMAZON, AMAZON.com, AMAZON Corp., et al and
all parties acting in concert with.


MEMORANDUM OF LAW

This Claim through Common Law Lien is an action at
Substantive Common Law, not in Equity, and is for the repair,
maintenance, improvement or performance of an obligation of the
herein described property and in relation to other properties as
of Substantive Common Law, is distinguished from mere, "common
law procedure".  Lawyers and judges are misinformed to think,
plead, rule or order that the substantive common law rights and
immunities have been abolished in Colorado or any other state.
Only "Common Law procedure" created by the chancel or/chancery
has been abolished.  That is to say, the "forms" of common law
and equity were abolished, (Kimball v. McIntyre, 3 U 77, 1 P
167), or that the distinctions between the forms of common law
and equity were abolished by Rule 2 of Civil Procedure (Donis v.
Utah R.R., 3 U 218, 223 P 521).

However, the abolition of mere form, does NOT affect nor
diminish our SUBSTANTIVE (Common Law and Constitutional) Rights
and immunities (USC 78-2-4,S.2) for substantive law, e.g. our
UNALIENABLE Rights Immunities, and has not changed with the
state's adoption of Rule 2, combining the courts form,
remedial, ancillary adjective procedures, (see Bonding v.
Nonatny, 200 Iowa, 227,202 N.W.588) for matters of substance
are in the main the same as at substantive Common Law, (Calif.

Land v. Halloran, 82U 267,17 P2d 209) and old terms (words and
phrases describing law and substantive procedures) used in
Common Law can NOT be ignored (O.Neill v. San Pedro RR, 38 U
475, 479, 114 P 127), the modifications resulting being
severely limited in operation, effect, and extent (Maxfield v.
West 6 U 379,- 24 P 98) for a total abolishment of even the
purely equity or purely Common Law forms has NOT been realized,
and must ever be kept in mind (Donis v. Utah RR, supra.) Thus a
right to establish a "Common Law Lien" is not, and was NOT
dependent upon a statute or chancery rule for its creation as a
remedy, and where the right to establish a "Common Law Lien" is
a part of SUBSTANTIVE Common Law our right is antecedent to
creation of the "state" or its chancery/procedure which right
runs to time immemorial (Western Union v. Call, 21 SCt 561,181
US 765)

> We must be sustained in our acts, mere chancery,
> equity having no jurisdiction so to counter:
> "...if the facts stated (see facts related to our
> "Common Law Lien") entitled litigant (Demandant) to
> ANY remedy or relief under SUBSTANTIVE LAW (supra),
> then he has stated good subject matter (cause of
> action)—and the Court MUST enter judgment in (our)
> favor—in so far as an attack on the sufficiency of
> (Demandant) leadings are concerned." (Williams v
> Nelson 45 U 255, 145 P 39; Kaun v McAllister, 1 U 273,
> affirmed 96 U 587, 24 LEd 615.)"

For "although lawyers and judges have (in their ignorance)
buried the Common Law, the Common Law rules us from the grave."
(Koffer, Common Law Pleading, Intro.Ch.I, West 1969)

The general rule of the Common Law is expressly adopted by Hill,
Yvonne, Robin and is in force in this state and is the Law of
the Land and by its operation can impose a Common Law Lien on
property in the absence of any specific agreement (see the law
express and implied in the class of cases represented by Drumond
v. Mills,(1898) 74 N.W.966; Hewitt v. Williams, 47 LaAnn 742, 17
So.269 (1894); Carr v. Dail, 19 S.E.235; McMahon v. Lundin, 58
N.W.827)

The Magna Carta governs as well, retaining and preserving
all rights antecedent thereto, which was restated in the (1)
Massachusetts Bay Charter. (2) Massachusetts Constitution, and
(3) the Federal Constitution, (modeled after the Massachusetts
Constitution) after which the Texas and Arizona Constitution is
modeled, all construed in pari materia, the State Constitution
being a LIMITATION on the state's power (Fox v. Kroeger, 11 9
Tex 511, 35 SW2d 670,77 ALR 663.), the Constitution acting
prospectively - declaring rights and procedures for the future
but NOT diminishing rights extant prior to establishment of the
state (Grigsby v. Reib, 105 Tex 597, 153 SW 1124; Southern

Pacific Co. v. Porter, 160 Tex 329,331 SW2d 42), and no new
powers contrary to our Common Law Rights/Immunities were
"granted" to the state.

Common Law Liens at Law supersede mortgages and equity Liens
(Drumons Carriage Co. v Mills (1898) 74 NW 966; Hewitt v.
Williams 47 LaAnn, 742,17 So.269; Carr v. Dail,19SE235; McMahon
v. Lundin, "58NW 827) and may be satisfied only when a Court of
Common Law is convened pursuant to an order of the elected
sheriff. Such Common Law Court forbids the presence of any
judge or lawyer from participating or presiding, or the practice
of any Equity Law. The ruling of the U. S. Supreme Court in
Rich v. Braxton, 158 US 375, specifically forbids judges from
invoking equity jurisdiction to remove Common Law Liens or
similar "clouds of title". Further, even if a preponderance of
evidence displays the lien to be void or voidable, the Equity
Court still may not proceed until the moving party has proven
that he asks for, and has come "to equity" with "clean hands".
(Trice v. Comstock, 570C. A646; West v. Washburn, 138NY
Supp.230). Any official who attempts to modify or remove this
Common Law Lien is fully liable for damages. (U. S. Supreme
Court; Butz v. Econcmou, 98 S.Ct.2894; Bell v. Hood, 327 US 678;
Belknap v. Schild, 161 US 10; US v. Lee; Bivens v. 6 Unknown
Agents, 400 US 862)

Demand is hereby and herewith made upon all public officials
under penalty of Title 42, United States Code, Section 1986, not
to modify or remove this Lien in any manner. (This Lien is not
dischargeable for 100 years and cannot be extinguished due to
Claimant's death or by Claimant's heirs, assigns, or executors.)
Any Order, Adjudgment, or Decree issuing from a Court of Equity
operating against to interfere or remove this At-Law legal lien
claim would constitute direct abrogation/deprivation of
Claimant's Colorado State and United States Constitutionally
guaranteed Rights.

This notice is given inter alia to preclude a jury trial on
the verified claim, and to provide for Summary Judgment on the
said certain Claim should Respondent admit "waiver" and refuse
to repond.

THIS SAID CLAIM DUE AT LAW IS: in full effect as of July
24, 2020 for the repair, maintenance, caretaking and
improvements, as detailed in "NOTICE AND DEMAND " of the herein
described property, and performance obligation. The symbol "$"
means "dollar" as defined by the unrepealed (1792) U.S. Coinage
Act, which is 371.25 grains of fine silver for each "dollar",
(or) the equivalent in currency acceptable to claimant) and is
that "Thing" mandated upon the State of California by Article
1:10:1, United States Constitution.

Hill, Yvonne, Robin demands all her Common Law Rights at all times and in all places along with those rights guaranteed in the Magna Carta, Declaration of Independence, United States Constitution, and the Colorado State Constitution.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

In Propria Persona, Proceeding Sui Juris:

_____
By:Hill, Yvonne, Robin:, Claimant, All Rights Reserved, Without Prejudice UCC 1.207 and UCC 1.308

_____
by:_____:witness for claimant,
All Rights Reserved, Without Prejudice UCC 1.207 and UCC 1.308

INDIVIDUAL ACKNOWLEDGEMENT

STATE OF COLORADO
COUNTY OF DENVER } ss.

I, the undersigned Notary Public, do hereby affirm that ROBIN YVONNE HILL is individual who appeared before me, I know or have satisfactory evidence that, on the _____ day of _____,2020 and acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act and deed for the uses and purposes mentioned in the instrument,  NOTICE AND DEMAND,. which contains a total of _____ pages.

DATED _____

_____
Notary Public for COLORADO·
My commission expires _____

Returns and Refunds · Refunds and Exchanges
# Refunds

When you return an item. your refund amount and refund method may vary. You can check the payment method that was refunded and the status of your refund in Your Orders.

**Note:** All information on this page only relates to items bought from or Fulfilled by Amazon. Don't return items to Amazon that were bought on Amazon Marketplace and shipped to you by the seller.

# Where's My Refund?

You can check the payment method that was refunded and the status of your refund in Your Orders.

**Note:** After the carrier has received your item, it can take up to two weeks for us to receive and process your return.

To see how long will take for you to receive your refund, see the table below.

# How Refunds Are Issued

When returning an item, you can choose your preferred refund method in the Returns Center.

If you're receiving a refund after we have received your item, it may take an additional three to five business days to process your return fully and issue your refund.

Once we issue your refund, it may take additional time for your funds to be made available in your account by your financial institution. See the following table for more details.

| Refund Method | Refund Time (After Refund Is Processed) |
|---|---|
| Credit card | Three to five business days |
| Amazon.com Gift Card | Two to three hours |
| Debit card | Up to 10 business days |
| Checking account | Up to 10 business days |
| SNAP EBT card | Within 24 hours |
| Gift Card balance | Two to three hours |
| Promotional Certificate | No refund issued |
| Prepaid credit card | Up to 30 days |
| Shop with Reward Points | Up to five business days |

**Note:** Refund timing to a prepaid card depends on the issuer of the card. The refund can take up to 30 days to process based on the policy of the issuer. If you no longer have the physical card, the card is still stored within your account. It can be used toward future purchases on the account it's stored in.

If you used the Amazon Currency Converter when placing your original order, the refund will be issued in your local currency and calculated using the same rate used when you placed your order.

# Gift Returns

The type of refund or credit you receive depends on how the gift was purchased and how it was returned. For more information about gift refunds, go to Return a Gift.

Amazon may determine that a refund can be issued without requiring a return. If you aren't required to mail your item back for a refund, you'll be notified in the Returns Center or by a customer service associate. For more information, see Conditions of Use.

# Partial Refunds or Restocking Fees

| Item | Refund |
|---|---|
| Items in original condition past the return window* | 80% of the item price |
| CDs, DVDs, VHS tapes, cassette tapes, or vinyl records that were opened (taken out of its plastic wrap) | 50% of the item price |
| Items that are damaged, missing parts, not in the original·condition, or have obvious signs of use for reasons not due to an Amazon.com or seller error | Up to 50% of the item price |
| Open software or video games for reasons not due to an Amazon.com or seller error | 0% of the item price |

*For most items, the return window is 30 days after delivery. To check the return window for an item you've ordered, go to <u>Your Orders</u> and select **Return or Replace Items**. If your item was fulfilled by a third-party seller, you may be charged up to 20% restocking fee, even if you return the item in original condition within the return window.

**Note:** Tax on restocking fees may apply to return items that were shipped and sold by Amazon.com for customers in CT, MD, NV, PA, VA, WV, and WI. Some products have additional conditions that may apply. For more information, go to <u>About Our Returns Policies</u>.



## RESPONSE LETTER #1

Suite 3300

920 Fifth Avenue

Seattle, WA  98104

**Annamaria Taskai**
206-757-8019 tel
206-757-1019 fax

annamariataskai@dwt.com

August 20, 2020

*Via Email: bagsbyrobn@gmail.com*

Robin Yvonne Hill
P.O. Box 7240
Denver, CO 80207

Re: Your July 24, 2020 Demand Letter  Dear Ms.

Hill:

We represent Amazon.  Your July 24, 2020 letter to Amazon has been referred to my attention. We will review the matter and respond in due course.  Please direct all future correspondence to my attention.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

Annamaria Taskai

cc:     John Goldmark, Esq.

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington D.C.



# RESPONSE LETTER #2

Suite 3300

920 Fifth Avenue

Seattle, WA 98104

**Annamaria Taskai**
206-757-8019 tel 206-757-
1019 fax
annamariataskai@dwt.com

September 15, 2020

*Via Email: bagsbyrobn@gmail.com*

Robin Yvonne Hill
P.O. Box 7240
Denver, CO 80207

Re:       Your July 24, 2020 Demand Letter

Dear Ms. Hill:

We represent Amazon. Your July 24, 2020 letter to Amazon has been referred to my attention. You claimed that you have returned an item but received the refund in a form of gift card balance and not to your credit card. You demanded Amazon to process the refund in the amount of $271.57 to your credit card. Our investigation into this matter has revealed the following.

You stated that on June 12, 2020 you received an email form Amazon informing you that the refund was processed to your credit card ending 4449. You have not provided a copy of this email. Amazon, however, is in possession of the referenced email that actually informed you that the refund is available on your Amazon account. Please note that the default refund payment method is to process the refund in a form of an Amazon gift card. If a customer doesn't change this selection to credit card, the refund will be processed to the customer's Amazon account. On July 14, 2020 Amazon indeed received your request for the same, and since you were promised to receive the balance back to your credit card, Amazon now processed the transaction. The gift card balance will be revoked and you will receive the $271.57 to your credit card within 3-5 business days.

We hope this resolves this matter.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

Annamaria Taskai
cc:     John Goldmark, Esq.
**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle  Washington, DC

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Affiant
Hilly Robin

**DEFENDANTS**

Amazon.com, Inc., et al and all parties acting in concert with

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U S PLAINTIFF CASES ONLY)*

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U S Government Plaintiff
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 2 U S Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 870 Taxes (U S Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*

Brief description of cause   Breach of Contract

❏ AP Docket

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

DEMAND $ 75,000

CHECK YES only if demanded in complaint
JURY DEMAND: ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____ DOCKET NUMBER _____

DATE December 11, 2020

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Robin Hill | ) | |
| ~~Plaintiff(s)~~ Affiant | ) ) ) ) | |
| v. | ) | Civil Action No. |
| AMAZON. COM, INC, et al, and all parties acting in concert with | ) ) ) ) | |
| ~~Defendant(s)~~ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AMAZON. COM, INC
Corporation Service Company
300 Deschutes Way SW, suite 304
Tumwater, Washington 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

c/o Robin Hill
P.O. Box 7240
Denver, Colorado Republic [Zip Exempt]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                         *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the

RobiN Hill
~~Plaintiff~~ Affiant

v.

AMAZON.COM, INC, et al.
Defendant

)
)
)
)
)

Civil Action No. _____

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: _____

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below. Without Prejudice

Date: December 14, 2020

Robin Hill
*Signature of the attorney or unrepresented party*

RobiN Hill
*Printed name*

P.O. Box 7240
*Address*

Denver, Colorado Republic [Zip Exempt]
*E-mail address*

720-730-1648
*Telephone number*