IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03649-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ROBIN HILL,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff Robin Hill resides in Denver, Colorado. Plaintiff has filed *pro se* a pleading titled *Notice and Demand and Common Law Lien Affidavit*. (ECF No. 1).[1] Accordingly, this civil action was opened.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that one or more filings is deficient (or not submitted) as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   _X_     is not submitted (Plaintiff must submit an Application to Proceed in District Court Without Prepaying Fees and Costs (Long Form))
(2)   ___     is missing affidavit
(3)   ___     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___     is missing certificate showing current balance in prison account
(5)   ___     is missing required financial information
(6)   ___     is missing authorization to calculate and disburse filing fee payments
(7)   ___     is missing an original signature by the prisoner
(8)   ___     is not on proper form (must use the court's current form)
(9)   ___     names in caption do not match names in caption of complaint, petition or habeas application
(10)  _X_    other: Instead of filing an Application to Proceed in District Court Without Prepaying Fees and Costs (Long Form), Plaintiff may pay the $402.00 filing fee in advance.

**Complaint, Petition or Application**:
(11)  ___     is not submitted:
(12)  _X_    is not on proper form: must use current court-approved Complaint form.
(13)  ___     is missing an original signature by the prisoner
(14)  ___     is missing page nos.
(15)  ___     uses et al. instead of listing all parties in caption
(16)  ___     names in caption do not match names in text
(17)  ___     addresses must be provided for all parties
(18)  ___     other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form and Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form) at www.cod.uscourts.gov. Plaintiff may also obtain copies of these forms in person at the United States District Court Clerk's Office located at 901 19th Street, Denver, Colorado. Plaintiff may pay the $402.00 filing fee in lieu of requesting leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Plaintiff fails to cure all designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. However, Plaintiff is warned that, even if the action is dismissed without prejudice, the dismissal may act as a dismissal with prejudice if the time for filing expires. *See Rodriguez v. Colorado*, 521 F. App'x 670, 671-72 (10th Cir. 2013).

DATED December 14, 2020.

BY THE COURT:

  s/ Gordon P. Gallagher
United States Magistrate Judge